UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>VAZZANA UNDERGROUND CONSTRUCTION INC., a California corporation; WESTERN STATES FIRE PROTECTION COMPANY d/b/a STATEWIDE FIRE PROTECTION, a Minnesota corporation; SELECT BUILD NEVADA, INC., a Delaware corporation; FREHNER MASONRY, INC., a Nevada corporation; THE TIBERTI COMPANY, a Nevada partnership; S.B.A. DEVELOPMENT, INC. d/b/a ROYAL CONSTRUCTION COMPANY, a Nevada corporation; and SPINNAKER HOMES VII, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:11-cv-000470-GMN-RJJ<br><br>**ORDER ISSUING TEMPORARY RESTRAINING ORDER** |

The Court having examined the Complaint for injunctive and other relief and the Application for Temporary Restraining Order filed herein by Plaintiff The Hanover Insurance Company ("**Hanover**"), having conducted a hearing on the matter, and good cause appearing therefor:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED:**

1. That Defendants S.B.A. Development, Inc. d/b/a Royal Construction ("**SBA**") and Spinnaker Homes VII, LLC ("**Spinnaker**") (collectively "**Indemnitor Defendants**") are hereby

-1-

enjoined and restrained from liening, dissipating, selling, transferring, disposing of, securing, secreting, or otherwise diverting any assets and property, including realty, personal and mixed, owned by Defendants, and property in which they have an interest. Such restrictions shall remain in effect during the pendency of this Temporary Restraining Order.

2. Hanover is granted a lien in the amount of $75,000.00 upon all assets and property of Defendants and property in which they have an interest. Such lien shall secure Hanover against any loss that it has or may sustain or incur by virtue of having executed the License Bond on behalf of SBA. Such liens shall remain in effect during the pendency of this Temporary Restraining Order.

3. Defendants are ordered to immediately and continuously provide Hanover with information, access to, and copies of all requested books, records, computer data and files, accounts and documents in their possession relating to the construction projects during which period Hanover's Bond was in effect and relating to Defendants' assets.

4. This Temporary Restraining Order shall remain in effect for a period of Fourteen (14) days, up to and including July 6, 2011. A hearing is set for review of this Temporary Restraining Order for July 5, 2011 at 11:00 a.m. before this Court, at which time the Court may issue a Preliminary Injunction extending this Order during the pendency of this matter before the Court.

5. Hanover shall issue a bond in the amount of Fifty Thousand Dollars and No Cents ($50,000.00) to cover costs and damages that may be incurred and suffered thereby, if it shall be finally determined that the Defendants were wrongfully enjoined or restrained.

**IT IS SO ORDERED** this 27th day of June, 2011.

_____
Gloria M. Navarro
United States District Judge