UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>Plaintiff,<br><br>v.<br><br>VAZZANA UNDERGROUND CONSTRUCTION INC., a California corporation; WESTERN STATES FIRE PROTECTION COMPANY d/b/a STATEWIDE FIRE PROTECTION, a Minnesota corporation; SELECT BUILD NEVADA, INC., a Delaware corporation; FREHNER MASONRY, INC., a Nevada corporation; THE TIBERTI COMPANY, a Nevada partnership; S.B.A. DEVELOPMENT, INC. d/b/a ROYAL CONSTRUCTION COMPANY, a Nevada corporation; and SPINNAKER HOMES VII, LLC, a Nevada limited liability company,<br><br>Defendants. | Case No. 2:11-cv-000470-GMN-RJJ<br><br>**DEFAULT JUDGMENT AGAINST DEFENDANTS S.B.A. DEVELOPMENT, INC. d/b/a ROYAL CONSTRUCTION COMPANY AND SPINNAKER HOMES VII, LLC** |

This matter having come before the Court on Plaintiff The Hanover Insurance Company's ("**Hanover**") Motion for Entry of Default Judgment Against Defendants S.B.A. Development, Inc. d/b/a Royal Construction ("**SBA**") and Spinnaker Homes VII, LLC ("**Spinnaker**") (collectively "**Indemnitor Defendants**"), having reviewed the pleadings of record and the Affidavits submitted by Hanover in connection therewith, the Court finds that the Indemnitor Defendants were regularly served with process and failed to appear and answer Hanover's Complaint within the time period

-1-

prescribed by law, that the default of the Indemnitor Defendants was duly entered by the Clerk of this Court, that Hanover's claim is for a sum certain, that the Indemnitor Defendants are neither infants or incompetent, and that Hanover is entitled to the relief requested.

Based upon the foregoing findings and good cause appearing therefore;

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Hanover be awarded Judgment against the Indemnitor Defendants, jointly and severally, for the following relief:

1. Judgment in the principal sum of $50,000.00, representing reimbursement of Hanover's reasonably expected loss under the Bond, and Hanover's demand for collateral security pursuant to the terms of the Indemnity Agreement;

2. Attorneys' fees in the amount of $39,058.20;

3. Costs in the amount of $1,864.16;

4. Post judgment interest at the rate of 10%;

5. A permanent injunction is hereby issued immediately restraining and enjoining the Indemnitor Defendants from liening, dissipating, selling, transferring, disposing of, securing, secreting, or otherwise diverting any assets and property, including realty, personal and mixed, owned by the Indemnitor Defendants, and property in which they have an interest, unless and until Hanover receives the funds described above in paragraphs (1) through (4);

6. Hanover is granted a lien upon all assets and property, including realty, personal and mixed, owned by the Indemnitor Defendants, and property in which they have an interest. Such lien shall secure Hanover against any loss that it has or may sustain or incur by virtue of having executed the License Bond on behalf of SBA. Such liens shall be in the total amount described in paragraphs (1) through (4) above, and shall remain in effect unless and until Hanover receives the funds described above in paragraphs (1) through (4).

**DATED** this 5th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge