1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>　　　　　　　　Plaintiff,<br>v.<br><br>VAZZANA UNDERGROUND CONSTRUCTION INC., a California corporation; WESTERN STATES FIRE PROTECTION COMPANY d/b/a STATEWIDE FIRE PROTECTION, a Minnesota corporation; SELECT BUILD NEVADA, INC., a Delaware corporation; FREHNER MASONRY, INC., a Nevada corporation; THE TIBERTI COMPANY, a Nevada partnership; S.B.A. DEVELOPMENT, INC. d/b/a ROYAL CONSTRUCTION COMPANY, a Nevada corporation; and SPINNAKER HOMES VII, LLC, a Nevada limited liability company,<br><br>　　　　　　　　Defendants. | Case No. 2:11-cv-000470-GMN-RJJ<br><br>**ORDER GRANTING FULL EXONERATION AND DISCHARGE OF BOND ON TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION** |

This matter having come before the Court on Plaintiff The Hanover Insurance Company's ("**Hanover**") Request for Full Exoneration and Discharge of Bond on Temporary Restraining Order and Preliminary Injunction, the Court having reviewed the pleadings of record herein, and good cause appearing therefore;

/ / /

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Hanover's Bond issued in connection with the Temporary Restraining Order is hereby fully exonerated and discharged.

**DATED** this 15th day of July, 2011.

_____
Gloria M. Navarro
United States District Judge