# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| THE HANOVER INSURANCE COMPANY, a New Hampshire corporation,<br><br>                Plaintiff,<br>v.<br><br>VAZZANA UNDERGROUND CONSTRUCTION INC., a California corporation; WESTERN STATES FIRE PROTECTION COMPANY d/b/a STATEWIDE FIRE PROTECTION, a Minnesota corporation; SELECT BUILD NEVADA, INC., a Delaware corporation; FREHNER MASONRY, INC., a Nevada corporation; THE TIBERTI COMPANY, a Nevada partnership; S.B.A. DEVELOPMENT, INC. d/b/a ROYAL CONSTRUCTION COMPANY, a Nevada corporation; and SPINNAKER HOMES VII, LLC, a Nevada limited liability company,<br><br>                Defendants. | Case No. 2:11-cv-000470-GMN-CWH<br><br>**ORDER SETTING DEADLINES REGARDING THE INTERPLEADER OF LICENSE BOND FUNDS** |

      This matter having come before the Court on Plaintiff The Hanover Insurance Company's ("**Hanover**") Motion to set a scheduling conference pursuant to Local Rule 22-2 and upon discussion with counsel present for Hanover and Defendant Select Build Nevada, Inc. ("**Select Build**") and the Court having reviewed the pleadings of record herein, and good cause appearing therefore;

      **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Hanover shall resubmit its Motion to Interplead the funds of the license bond herein at issue on or before January 16, 2012;

1  **IT IS FURTHER ORDERED** that all further claims against the license bond herein at issue must be submitted to the Court on or before February 13, 2012;

**IT IS FURTHER ORDERED** that the parties appearing herein that have claim to the proceeds of the license bond shall submit to the Court a proposed distribution of the bond funds no later than February 27, 2012;

**IT IS FURTHER ORDERED** that this matter be set for an additional scheduling conference, which shall be held on the 14th day of March, 2012, in which to finalize the distributions of the bond funds. The conference will be held at 9:30 AM in Courtroom 3C.

DATED this 11th day of January, 2012.

_____
Magistrate Judge, United States District Court
For the District of Nevada