# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | | |
|---|---|---|
| Hanover Insurance Company, | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:11-cv-00470-GMN-CWH |
| vs. | ) | |
| | ) | **ORDER** |
| Vazzana Underground Construction Inc., *et al.*, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On July 30, 2012, the Court entered a Minute Order giving the parties until August 27, 2012, to file an objection to said Order (ECF No. 79), indicating that it would enter an Order dismissing the case if no objection was filed.   That deadline has now elapsed, and no objections have been filed.

Accordingly,

**IT IS HEREBY ORDERED** that this case is **DISMISSED with prejudice**.  The Clerk shall close the case and enter judgment accordingly.

**DATED** this 5th day of November, 2013.

_____

Gloria M. Navarro
United States District Judge